```
UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GART S. KATZMANN, JUDGE
------------------------------------------------------------------ X
SECOND NATURE DESIGNS,                        :
LIMITED                                       :
                                              :
            Plaintiff,                        :
                                              :
       v.                                     :     No. 18-00131
                                              :
THE UNITED STATES,                            :
                                              :
            Defendant.                        :
------------------------------------------------------------------ X
```

## COMPLAINT

1. Plaintiff Second Nature Designs, Limited ("Second Nature") brings this action to contest the denial of its 19 U.S.C. § 1514 protest against the classification, in liquidation, and assessment of duty on, certain entries of certain imported dried botanicals that are painted, dyed or glittered.

## JURISDICTION

2. All liquidated duties, taxes, and fees were paid prior to the commencement of this action. The action was timely filed within 180 days from the date of protest denial. This Court has jurisdiction over the action pursuant to 28 U.S.C. § 1581(a).

## PARTIES

3. Plaintiff Second Nature Limited ("Second Nature") is a corporation organized and existing under the Laws of Canada. Located in Rockton, Ontario, it is a non-resident importer and wholesaler of natural home decor botanical goods.

4. Defendant, United States, is the Federal defendant. Its agency United States Customs and Border Protection ("Customs" or "CBP"), a component of Department of Homeland Security ("DHS"), is responsible, inter alia, for the processing of protests filed pursuant to

Section 14 of the Tariff Act of 1930, as amended 19 U.S.C. §1514, and has a statutory obligation, pursuant to 19 U.S.C. §1515, to review protests and to allow or deny them in whole or in part.

## STANDING

5. Plaintiff is the importer of record of the merchandise which is the subject of this action, and is the real party in interest.

## STATEMENT OF FACTS

6. The merchandise in question consists of certain various natural branches, flowers, wood, and similar merchandise which is dried and decorated. Some products are arranged into various bouquets. They are produced in various countries, including India and Thailand, and are imported into Canada.

7. Second Nature believes these goods are properly classified under subheading 0604.90.3000, HTSUS, as:

> "Foliage, branches and other parts of plants, without flowers or flower buds, and grasses, mosses and lichens, being goods of a kind suitable for bouquets or for ornamental purposes, fresh, dried, dyed, bleached, impregnated or otherwise prepared: Other: dried or bleached."

Goods entered under this subheading are entitled to unconditional duty-free treatment.

8. From July 11, 2016 to January 6, 2017, Second Nature imported the subject merchandise at the Ports of Buffalo, New York, Detroit, Michigan and Huron, Michigan, under cover of the Customs consumption entries shown on the Summons in this case. Customs liquidated these entries under HTS Subheading 0604.90.60, as "Foliage, branches and other parts of plants, without flowers or flower buds, and grasses, mosses and lichens, being goods of a kind suitable for bouquets or for ornamental purposes, fresh, dried, dyed,

bleached, impregnated or otherwise prepared: Other: Other [than dried or bleached], and assessed duty at the rate of 7% *ad valorem*.

9. Plaintiff timely filed Protest No. 0901-17-100518 on November 20, 2017. Plaintiff's protest contested the classification and rate and amount of duty assessed in liquidation, pursuant to 19 U.S.C. §1514(a)(2).

10. On January 3, 2018, Customs denied the underlying protest to this action. On June 1, 2018, plaintiff timely filed a summons in this case.

## **COUNT I**

11. Plaintiff repeats and incorporates by reference paragraphs 1 through 10 as though they were fully set forth herein.

12. The subject dried botanicals were liquidated under:

| | |
|---|---|
| 0604: | Foliage, branches and other parts of plants, without flowers or flower buds, and grasses, mosses and lichens, being goods of a kind suitable for bouquets or for ornamental purposes, fresh, dried, dyed, bleached, impregnated or otherwise prepared: |
| * * * * | |
| 0604.90 | Other: |
| * * * * | |
| 0604.90.6000 | Other… 7 % |

Under this subheading the goods are dutiable at 7% *ad valorem*.

13. Since an *eo nomine* provision captures all forms of the named article, the subject dried botanicals are classified under HTS Subheading 0604.90.30, which provides for:

| | |
|---|---|
| 0604: | Foliage, branches and other parts of plants, without flowers or flower buds, and grasses, mosses and lichens, being goods of a kind suitable for bouquets |

3

|  |  |  |  |  |
|---|---|---|---|---|
|  | or for ornamental purposes, fresh, dried, dyed, bleached, impregnated or otherwise prepared: | | | |
| * | * | * | * | * |
| 0604.90 | Other | | | |
| * | * | * | * | * |
| 0604.90.3000 | Dried or bleached… Free | | | |

14. Nothing in HTS Subheading 0604.90.30 prohibits the dyeing, painting, lacquering or covering of these foliage goods in glitter or other matter. Moreover, goods may only be classified in a basket provision such as 0604.90.60, if no other provision specifically covers the goods.

15. Given that HTS Subheading 0604.90.30 is a more specific provision which covers the dried or bleached botanicals or foliage, which have been further worked by dyeing, painting, or being subjected to glitter, the subject merchandise is classified under 0604.90.30.

16. Note 2 to Chapter 6, HTSUS provides that:

> Any reference in heading 0603 or 0604 to goods of any kind shall be construed as including a reference to bouquets, floral baskets, wreaths and similar articles made wholly or partly of goods of that kind, account not being taken of accessories of other materials. However, these headings do not apply to collages or similar decorative plaques of heading 9701.

17. Under the note, any "bouquets, floral baskets, wreaths and similar articles," if made in any part of a good in Heading 0604 are to be classified in that heading without regard to the treatment of "mixtures" and "composite goods" set out at General Rules of Interpretation 3(b) and 3(c) to the HTS.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays that this Court grant judgment in its favor, and request that this Court:

i. direct the United States Customs and Border Protection at the Ports of Detroit, Huron, and Buffalo to reliquidate the entries subject to this action under HTS Subheading 0604.90.30.

ii. order a refund on any deposited duties under 0604.90.60; and

iii. provide such other and further relief as this Court may deem just.

Respectfully submitted,

/s/ John M. Peterson
John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
*Counsel for Plaintiff*
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com