## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SECOND NATURE DESIGNS LTD,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　　Defendant. | Court No. 18-00131 |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Gary S. Katzmann, is hereby reassigned to the Honorable Lisa W. Wang.

Dated at New York, New York, this 27th day of March, 2024

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark A. Barnett
　　　　　　　　　　　　　　　　　　　　　　Mark A. Barnett
　　　　　　　　　　　　　　　　　　　　　　Chief Judge